**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge David L. West**

Criminal No. 12-CR-00466-REB

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. BERNARD TRUJILLO,

Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

The Marshal's Service has informed the Court that there will be no transport to Denver the first week in January, therefore:

**IT IS HEREBY ORDERED** that the status conference scheduled for January 4, 2013 at 2:30 p.m. before the duty Magistrate Judge in Denver, Colorado is VACATED and RESCHEDULED for January 11, 2013 at 2:30 p.m.

**DATED: December 27, 2012.**

                                                **BY THE COURT:**

                                                **s/David L. West**
                                                **United States Magistrate Judge**